**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DIST. OF CALIFORNIA**

Case number (if known): _____ Chapter **7**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ultimate Water, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  5 – 2  7  4  9  1  9  7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1263 Greenfield Drive** <br> Number    Street | <br> Number    Street |
| **Suite A** | <br> P.O. Box |
| **El Cajon**        **CA**    **92021** <br> City              State   ZIP Code | <br> City              State   ZIP Code |
| **San Diego** <br> County | **Location of principal assets, if different from principal place of business** |
| | <br> Number    Street |
| | <br> City              State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Ultimate Water, Inc.**                                   Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑  Chapter 7
☐  Chapter 9
☐  Chapter 11.  *Check all that apply:*

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor **Ultimate Water, Inc.**_____   Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY

   District _____ When _____ Case number _____
                                    MM / DD / YYYY

   District _____ When _____ Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   List all cases. If more than 1, attach a separate list.

   ☒ No

   ☐ Yes. Debtor _____ Relationship _____

   District _____ When _____
                                    MM / DD / YYYY

   Case number, if known _____

   Debtor _____ Relationship _____

   District _____ When _____
                                    MM / DD / YYYY

   Case number, if known _____

11. **Why is the case filed in this district?**

   *Check all that apply:*

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Ultimate Water, Inc.** _____  Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?**  _____
Number      Street

_____

_____  _____  _____
City                             State       ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency  _____

  Contact name  _____

  Phone  _____

---

■ **Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

Debtor  **Ultimate Water, Inc.**                                    Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/01/2023**
MM / DD / YYYY

X **/s/ Gabriel D. Giordano**
Signature of authorized representative of debtor

**Gabriel D. Giordano**
Printed name

**Chief Executive Officer**
Title

**18.  Signature of attorney**

X **/s/ Vincent Renda**                          Date **10/01/2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Vincent Renda**
Printed name

**Pinnacle Legal P.C.**
Firm name

**9565 Waples Street, Suite 200**
Number        Street

_____

**San Diego**                              **CA**            **92121**
City                                              State        ZIP Code

**(858) 868-5000**                          **vr@pinlegal.com**
Contact phone                                      Email address

**213985**                                  **CA**
Bar number                                        State

**Fill in this information to identify the case**

Debtor name         **Ultimate Water, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any
pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the
additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset
only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the
terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                    Current value of
                                                                                          debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
                                                                                    account number

    3.1.  **Checking account with First Republic Bank**    **Checking account**     **2   7   4   0**          $161.99

4.  **Other cash equivalents**       *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.          $161.99

### Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ☑ Yes.  Fill in the information below.

Debtor   __Ultimate Water, Inc.__                              Case number (if known) _____
         Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.   **Security Deposit with Landlord** _____   $10,712.00

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                          **$10,712.00**

---

**Part 3:   Accounts receivable**

**10.   Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11.   Accounts receivable**

11a.  90 days old or less:    $0.00    −    $0.00    = ............ →    $0.00
                      face amount        doubtful or uncollectible accounts

11b.  Over 90 days old:    $205,119.00    −    $205,119.00    = ............ →    $0.00
                      face amount             doubtful or uncollectible accounts

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$0.00**

---

**Part 4:   Investments**

**13.   Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.   Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                       **$0.00**

---

**Part 5:   Inventory, excluding agriculture assets**

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Debtor    **Ultimate Water, Inc.** _____    Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |
| **Assorted Inventory and supplies** | 09/29/2023 | _____ | _____ | $36,789.45 |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                                                    $36,789.45

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | | |
| **29.  Farm animals**  Examples:  Livestock, poultry, farm-raised fish | | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                                    $0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor    **Ultimate Water, Inc.**                                    Case number (if known) _____
       Name

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| Assorted office furniture | **$1,000.00** | | **$1,000.00** |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Assorted office equipment | **$1,000.00** | | **$1,000.00** |

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                    | **$2,000.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                    | **$0.00** |

Debtor    __**Ultimate Water, Inc.**_____    Case number (if known) _____
          Name

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| Patent, trademarks | | | **$3,000,000.00** |
| **61. Internet domain names and websites** | | | |
| Internet domain name and website | | | **$0.00** |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.    **$3,000,000.00**

Debtor    **Ultimate Water, Inc.**                                     Case number (if known) _____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

| $0.00 |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  __**Ultimate Water, Inc.**_____    Case number (if known) _____
                   Name

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$161.99** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$10,712.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$36,789.45** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$2,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$3,000,000.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$3,049,663.44** + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................... **$3,049,663.44**

**Fill in this information to identify the case:**

Debtor name __**Ultimate Water, Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DIST. OF CALIFORNIA**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☒ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

_____   _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

   **$0.00**

**Fill in this information to identify the case:**

Debtor          **Ultimate Water, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No.  Go to Part 2.
   ☐ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor  **Ultimate Water, Inc.**                                      Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**1 Stop Pool Pros, Franchise 5**

**7940 Silverton Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Obligation**

| **San Diego** | **CA** | **92126** |
|---|---|---|

Date or dates debt was incurred   **2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**1 Stop Pool Pros, North Florida**

**4345 NE 12th Terrace**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Obligation**

| **Oakland Park** | **FL** | **33334** |
|---|---|---|

Date or dates debt was incurred   **2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Aimee Samuelson**

**3143 NE 28th Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Obligation**

| **Portland** | **OR** | **97212** |
|---|---|---|

Date or dates debt was incurred   **2022**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,975.00** |
|---|---|---|---|

**Andrew Haynes**

**225 Jennings Mill Parkway**

**Apt. 1112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Obligation**

| **Athens** | **GA** | **30606** |
|---|---|---|

Date or dates debt was incurred   **2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    **Ultimate Water, Inc.**                                          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$5,443.00

**Aqua**
**22 E. Mifflin Street**
**Suite 910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Obligation**

| **Madison** | **WI** | **53703** |

**Date or dates debt was incurred**    **2022**

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$2,199.05

**Avendra, LLC**
**PO Box 715019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Obligation**

| **Philadelphia** | **PA** | **19171** |

**Date or dates debt was incurred**    **2023**

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$2,180.82

**California Department of Tax**
**and Fee Administration**
**Account Information Group, MIC:29**
**PO Box 942879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sale Tax Obligation**

| **Sacramento** | **CA** | **94279** |

**Date or dates debt was incurred**    **2022/2023**

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$259.52

**Cox Business**
**PO Box 53214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Obligation**

| **Phoenix** | **AZ** | **85072** |

**Date or dates debt was incurred**    **2023**

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Ultimate Water, Inc.**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.9** | **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    $235.00
*Check all that apply.*

**Drew Forehand**

**202 S. 124th Street**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Seattle**                    **WA**    **98168**            **Business Obligation**

Date or dates debt was incurred    **2023**                **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __            ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    $4,315.00
*Check all that apply.*

**Eakes & Company**

**4275 Executive Square**
☐ Contingent
☐ Unliquidated
**Suite 200**
☐ Disputed

**Basis for the claim:**

**La Jolla**                    **CA**    **92037**            **Business Obligation**

Date or dates debt was incurred    **2021**                **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __            ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    $2,025.78
*Check all that apply.*

**FedEx**

**PO Box 7221**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Pasadena**                    **CA**    **91109**            **Business Obligation**

Date or dates debt was incurred    **2023**                **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __            ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    $275.00
*Check all that apply.*

**Field Law**

**709 8 Street**
☐ Contingent
☐ Unliquidated
**Canmore, AB T1W 2B2**
☐ Disputed

**Canada**
**Basis for the claim:**

**Business Obligation**

Date or dates debt was incurred    **2022**                **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __            ☐ Yes

Debtor    **Ultimate Water, Inc.**                                   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45,401.35** |
|---|---|---|---|

Check all that apply.

**Formula Plastics**

**451 Tecate Road, Suite 2B**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

Basis for the claim:

**Tecate**                    **CA**    **91980**    **Business Obligation**

Date or dates debt was incurred    **2023**         Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
                                                  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$635,496.00** |
|---|---|---|---|

Check all that apply.

**Gabriel D. Giordano**

**Tracy G. Giordano**

**7625 Chicago Drive**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

Basis for the claim:

**La Mesa**                    **CA**    **91941**    **Investment/Safe Notes/Loan**

Date or dates debt was incurred    **2022**         Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
                                                  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$917.84** |
|---|---|---|---|

Check all that apply.

**Hollan Garmo**

**4780 Lee Avenue**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

Basis for the claim:

**La Mesa**                    **CA**    **91942**    **Business Obligation**

Date or dates debt was incurred    **2022**         Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
                                                  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,670.00** |
|---|---|---|---|

Check all that apply.

**Hubspot,  Inc.**

**PO Box 419842**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

Basis for the claim:

**Boston**                    **MA**    **02241**    **Business Obligation**

Date or dates debt was incurred    **2023**         Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
                                                  ☐ Yes

Debtor    __Ultimate Water, Inc._____    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | | $16,220.90 |

__IPFS Corporation of California__

__PO Box 100391__

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| __Pasadena__ | __CA__ | __91189__ |

Basis for the claim:
__Business Obligation__

Date or dates debt was incurred    __2023__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | | $200,000.00 |

__Jared McGilliard__

__8909 75th Avenue NW__

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| __Gig Harbor__ | __WA__ | __98332__ |

Basis for the claim:
__Safe Note__

Date or dates debt was incurred    __2022__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | | $2,050.83 |

__Joe Bales__

__7623 W. Cambridge Drive__

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| __Boise__ | __ID__ | __83704__ |

Basis for the claim:
__Business Obligation__

Date or dates debt was incurred    __2023__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.20 | Nonpriority creditor's name and mailing address | | $303,000.00 |

__Joseph M. Forehand__

__Cheryl A. Forehand__

__4940 Resmar Road__

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| __La Mesa__ | __CA__ | __91941__ |

Basis for the claim:
__Investment/Safe Notes/Loan__

Date or dates debt was incurred    __2022/2023__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor      **Ultimate Water, Inc.**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**  Nonpriority creditor's name and mailing address

Julie Bouchard

1560, rue Christopher Prevost

Canada JOR 1TO

_____

Date or dates debt was incurred      **2022**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,255.00

---

**3.22**  Nonpriority creditor's name and mailing address

Kevin David Harris

Joanna Gail Salazar Harris

10448 Russell Road

_____

La Mesa                     CA      91941

Date or dates debt was incurred      **2022**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Investment/Safe Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,829.00

---

**3.23**  Nonpriority creditor's name and mailing address

Mark D. Hunter

8623 Sunrise Avenue

_____

La Mesa                     CA      91941

Date or dates debt was incurred      **2022**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Safe Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$250,000.00

---

**3.24**  Nonpriority creditor's name and mailing address

McWay Greenfield LLC

10721 Treena Street

Suite 200

_____

San Diego                   CA      92131

Date or dates debt was incurred      **2023**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Lease Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

$75,028.10

---

Debtor    **Ultimate Water, Inc.**                                            Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,123.35 |

**NSF International**

**Dept.Lockbox 771380**

**PO Box 77000**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Detroit** | **MI** | **48277** |

**Basis for the claim:**
**Business Obligation**

Date or dates debt was incurred    **2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |

**Optima Office Inc.**

**5120 Shoreham Place**

**Suite 285**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **San Diego** | **CA** | **92122** |

**Basis for the claim:**
**Business Obligation**

Date or dates debt was incurred    **2022**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**Philip Gelhaus**

**200 Ravenna Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **El Dorado Hills** | **CA** | **95762** |

**Basis for the claim:**
**Safe Note**

Date or dates debt was incurred    **2022**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |

**Philip T. Wright**

**4350 ExecutiveDrive, Suite 350**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **San Diego** | **CA** | **92121** |

**Basis for the claim:**
**Business Obligation**

Date or dates debt was incurred    **2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **Ultimate Water, Inc.**                                    Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.29**  Nonpriority creditor's name and mailing address                                    **$1,602.70**

Pool Pro

3334 W.Mail Street

Suite 473

Norman                            OK      73072

Date or dates debt was incurred        **2023**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**  Nonpriority creditor's name and mailing address                                    **$807.36**

R&L Carriers

600 Gillam Road

Wilmington                        OH      45177

Date or dates debt was incurred        **2023**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**  Nonpriority creditor's name and mailing address                                    **$2,937.00**

RAM Consulting Services LLC

3213 Dexter Road

Ann Arbor                         MI      48103

Date or dates debt was incurred        **2023**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32**  Nonpriority creditor's name and mailing address                                    **$500.00**

Service Industry News

505 Via Juarez

San Clemente                      CA      92673

Date or dates debt was incurred        **2022**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Ultimate Water, Inc.**                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,250,000.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Terry L. Winegar**

**Judi L. Winegar**

**10120 Vista de la Cruz**

**La Mesa**          **CA**    **91941**

Basis for the claim:
**Investment/Safe Notes/Loan**

Date or dates debt was incurred    **2021/2023**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.34 | Nonpriority creditor's name and mailing address | | $124,999.86 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**The Di Giammarino Family Trust**

**dated September 21, 2007**

**4459 Dale Avenue**

**La Mesa**          **CA**    **91941**

Basis for the claim:
**Investment**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.35 | Nonpriority creditor's name and mailing address | | $220,000.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Thomas J. Flannery, Trustee of**

**the Flannery Family Trust**

**11078 Horizon Hills Drive**

**El Cajon**          **CA**    **92020**

Basis for the claim:
**Business Obligation**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.36 | Nonpriority creditor's name and mailing address | | $1,736.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tracy A. Pruitt**

**2344 Sheen Lane**

**Unit 304**

**Naples**          **FL**    **34120**

Basis for the claim:
**Business Obligation**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **Ultimate Water, Inc.**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.37 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$42,000.00

**Tucker Family 2001 Trust**

**4430 Edison Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**Marsing**          ID    **83639**

**Investment**

**Date or dates debt was incurred**    **2023**

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

Debtor    **Ultimate Water, Inc.**                              Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

                                                              **Total of claim amounts**

5a.   **Total claims from Part 1**                    5a.  _____ **$0.00**

5b.   **Total claims from Part 2**                    5b. **+** _____ **$4,371,833.46**

5c.   **Total of Parts 1 and 2**                      5c.  _____ **$4,371,833.46**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name __**Ultimate Water, Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DIST. OF CALIFORNIA**__

Case number
(if known) _____    Chapter __**7**__

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Obligatin | **McWay Greenfield LLC** |
| | | | **10721 Trenna Street** |
| | | | **Suite 200** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **San Diego**          **CA**      **92131** |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Ultimate Water, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                      12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**
    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Ultimate Water, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DIST. OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................ | $0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B............................................................. | $3,049,663.44

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.............................................................. | $3,049,663.44

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................ | $0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... | + $4,371,833.46

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................ | $4,371,833.46

**Fill in this information to identify the case and this filing:**

Debtor Name __**Ultimate Water, Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DIST. OF CALIFORNIA**__

Case number
(if known) _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**10/01/2023**__          **X** __/s/ Gabriel D. Giordano__
　　　　　　　MM / DD / YYYY          Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　**Gabriel D. Giordano**
　　　　　　　　　　　　　　　　　　　Printed name
　　　　　　　　　　　　　　　　　　　**Chief Executive Officer**
　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    <u>**Ultimate Water, Inc.**</u>

United States Bankruptcy Court for the: <u>SOUTHERN DIST. OF CALIFORNIA</u>

Case number
(if known)    _____

☐ Check if this is an amended filing

### Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐  None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u> to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$284,826.31** |
| **For prior year:** | From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM / DD / YYYY    MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$989,010.00** |
| **For the year before that:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM / DD / YYYY    MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$398,343.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑  None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑  None

Debtor    __**Ultimate Water, Inc.**__    Case number (if known)    _____
          Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **Ultimate Water, Inc.**                                          Case number (if known) _____
       Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pinnacle Legal P.C.** | | **09/28/2023** | **$15,000.00** |

**Address**

**9565 Waples Street, Suite 200**
Street

_____

**San Diego**    **CA**   **92121**
City           State   ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor  **Ultimate Water, Inc.**                                    Case number (if known) _____
        _____
        Name

## Part 8:    Health Care Bankruptcies

**15.   Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■  diagnosing or treating injury, deformity, or disease, or

- ■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes.  State the nature of the information collected and retained  _____

Does the debtor have a privacy policy about that information?
☐  No.
☐  Yes.

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No.  Go to Part 10.
☐  Yes.  Does the debtor serve as plan administrator?
        ☐  No.  Go to Part 10.
        ☐  Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑  None

**19.   Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑  None

Debtor   __**Ultimate Water, Inc.**_____     Case number (if known) _____
        Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

Debtor   **Ultimate Water, Inc.** _____   Case number (if known) _____
  Name

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**                                          **Dates of service**

26a.1. **Tracey Pruitt** _____        From    **11/22**      To   **Current**
  Name
  **2344 Sheen Lane** _____
  Street
  _____

  **Naples**_____  **FL**     **34120**_____
  City                       State    ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                          **If any books of account and records are unavailable, explain why**

26c.1. **Gabriel Giordano** _____
  Name
  **8100 La Mesa Blvd** _____
  Street
  **Suite 105** _____

  **La Mesa**_____  **CA**     **91941**_____
  City                       State    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes.  Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| **Gabriel Giordano** | **9/29/2023** | **$36,789.45** |

**Name and address of the person who has possession of inventory records**

27.1. **Gabriel Giordano** _____
  Name
  **202 S. 124th Street** _____
  Street
  _____

  **Seattle**_____  **WA**     **98168**_____
  City                       State    ZIP Code

Debtor    __**Ultimate Water, Inc.**_____    Case number (if known) _____
 ⠀⠀⠀⠀⠀⠀Name

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Gabriel Giordano** | **8100 La Mesa Blvd Suite 105 La Mesa, CA 91941** | **CEO/Secretary/President** | **100%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Joseph Forehand** | **4940 Resmar Road La Mesa, CA 91941** | **Director** | From **8/2020** To **8/2023** |
| **Kevin Harris** | **10448 Russell Road La Mesa, CA 91941** | **CEO/Secretary/Director** | From **8/2020** To **9/2022** |
| **Pietro DiGiammarino** | **4459 Dale Avenue La Mesa, CA 91941** | **Director** | From **10/2022** To **08/2023** |

**30.  Payments, distributions, or withdrawals credited or given to insiders**
⠀⠀⠀⠀Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor  **Ultimate Water, Inc.**                                    Case number (if known) _____
      Name

| **Part 14:** | **Signature and Declaration** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/01/2023**_____
        MM / DD / YYYY


**X** **/s/ Gabriel D. Giordano**_____        Printed name  **Gabriel D. Giordano**_____
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **Chief Executive Officer**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

In re  **Ultimate Water, Inc.**                                          Case No. _____

                                                                                      Chapter    **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept...............................................................    **$15,000.00**
   Prior to the filing of this statement I have received.......................................................    **$15,000.00**
   Balance Due.................................................................................................................    **$0.00**

2. The source of the compensation paid to me was:
       ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:
       ☑ Debtor                    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **10/01/2023** | **/s/ Vincent Renda** | |
|---|---|---|
| *Date* | *Vincent Renda* | Bar No.  213985 |
| | Pinnacle Legal P.C. | |
| | 9565 Waples Street, Suite 200 | |
| | San Diego, CA 92121 | |
| | Phone: (858) 868-5000 / Fax: (866) 303-8383 | |

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

IN RE:   **Ultimate Water, Inc.**                                        CASE NO

                                                                CHAPTER     **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/1/2023 _____          Signature   **/s/ Gabriel D. Giordano** _____
                                                      **Gabriel D. Giordano**
                                                      **Chief Executive Officer**

Date _____          Signature _____

```
1 Stop Pool Pros, Franchise 5
7940 Silverton Avenue
San Diego, CA 92126


1 Stop Pool Pros, North Florida
4345 NE 12th Terrace
Oakland Park, FL 33334


Aimee Samuelson
3143 NE 28th Ave
Portland, OR 97212


Andrew Haynes
225 Jennings Mill Parkway
Apt. 1112
Athens, GA 30606

Aqua
22 E. Mifflin Street
Suite 910
Madison, WI 53703

Avendra, LLC
PO Box 715019
Philadelphia, PA 19171


California Department of Tax
and Fee Administration
Account Information Group,  MIC:29
PO Box 942879
Sacramento, CA 94279

Cox Business
PO Box 53214
Phoenix, AZ 85072


Drew Forehand
202 S. 124th Street
Seattle, WA 98168
```

```
Eakes & Company
4275 Executive Square
Suite 200
La Jolla, CA 92037


FedEx
PO Box 7221
Pasadena, CA 91109



Field Law
709 8 Street
Canmore, AB T1W 2B2
Canada


Formula Plastics
451 Tecate Road, Suite 2B
Tecate, CA 91980


Gabriel D. Giordano
Tracy G. Giordano
7625 Chicago Drive
La Mesa, CA 91941


Hollan Garmo
4780 Lee Avenue
La Mesa, CA 91942



Hubspot,  Inc.
PO Box 419842
Boston, MA 02241



IPFS Corporation of California
PO Box 100391
Pasadena, CA 91189



Jared McGilliard
8909 75th Avenue NW
Gig Harbor, WA 98332
```

Joe Bales
7623 W. Cambridge Drive
Boise, ID 83704


Joseph M. Forehand
Cheryl A. Forehand
4940 Resmar Road
La Mesa, CA 91941


Julie Bouchard
1560, rue Christopher Prevost
Canada J0R 1T0


Kevin David Harris
Joanna Gail Salazar Harris
10448 Russell Road
La Mesa, CA 91941


Mark D. Hunter
8623 Sunrise Avenue
La Mesa, CA 91941


McWay Greenfield LLC
10721 Treena Street
Suite 200
San Diego, CA 92131


McWay Greenfield LLC
10721 Trenna Street
Suite 200
San Diego, CA 92131


NSF International
Dept.Lockbox 771380
PO Box 77000
Detroit, MI 48277


Optima Office Inc.
5120 Shoreham Place
Suite 285
San Diego, CA 92122

Philip Gelhaus
200 Ravenna Way
El Dorado Hills, CA 95762


Philip T. Wright
4350 ExecutiveDrive, Suite 350
San Diego, CA 92121


Pool Pro
3334 W.Mail Street
Suite 473
Norman, OK 73072


R&L Carriers
600 Gillam Road
Wilmington, OH 45177


RAM Consulting Services LLC
3213 Dexter Road
Ann Arbor, MI 48103


Service Industry News
505 Via Juarez
San Clemente, CA 92673


Terry L. Winegar
Judi L. Winegar
10120 Vista de la Cruz
La Mesa, CA 91941


The Di Giammarino Family Trust
dated September 21, 2007
4459 Dale Avenue
La Mesa, CA 91941


Thomas J. Flannery, Trustee of
the Flannery Family Trust
11078 Horizon Hills Drive
El Cajon, CA 92020

```
Tracy A. Pruitt
2344 Sheen Lane
Unit 304
Naples, FL 34120


Tucker Family 2001 Trust
4430 Edison Road
Marsing, ID 83639
```